IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ABDUL GAITHER,                    )
                                  )
    Plaintiff,                    )
                                  )        CIVIL ACTION NO.
    v.                            )         2:12cv181-TMH
                                  )            (WO)
ALA. DEPARTMENT OF                )
CORRECTIONS, et al.,              )
                                  )
    Defendants.                   )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Abdul Gaither,

a state inmate, filed this lawsuit complaining he received

inadequate medical treatment.  This lawsuit is now before

the court on the recommendation of the United States

Magistrate Judge that the remaining defendants' motion to

dismiss should be granted and that this case should be

dismissed in its entirety, with the claims against

defendant Alabama Department of Corrections dismissed with

prejudice and with the claims against defendants Michael

Robbins (a/k/a Dr. Roberts), Valencia Lockhart, Dallas

Diaz, and Corizon, Inc. (a/k/a Corizon Health Services and

CMS Health Services) dismissed without prejudice.  Gaither has filed objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of June, 2014.


      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE