IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ABDUL GAITHER,                    )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )    2:12cv181-TMH
                                  )         (WO)
ALA. DEPARTMENT OF                )
CORRECTIONS, et al.,              )
                                  )
    Defendants.                   )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Abdul Gaither's objections (Doc. No. 31) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 30) is adopted.

(3) The motion to dismiss (Doc. No. 14) is granted.

(4) This lawsuit is dismissed in its entirety, with the claims against defendant Alabama Department of Corrections dismissed with prejudice and with the claims

against defendants Michael Robbins (a/k/a Dr. Roberts), Valencia Lockhart, Dallas Diaz, and Corizon, Inc. (a/k/a Corizon Health Services and CMS Health Services) dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Gaither, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of June, 2014.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE